IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-02592-LTB-CBS

DEBORAH S. PEEK,

    Plaintiff,

v.

MOTEL 6 OPERATING L.P.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Withdraw Motion for Vocational Rehabilitation Examination of Plaintiff and Motion for Extension of Time for Defendant's Disclosure of Rebuttal Experts (*doc. no. 31*) is **GRANTED**.

    The Motion for Vocational Rehabilitation Examination of Plaintiff (*doc. no. 28*) and the Motion for Extension of Time for Defendant's Disclosure of Rebuttal Experts (*doc. no. 29)* are **DENIED**, as withdrawn.

    IT IS FURTHER ORDERED that a telephonic discovery conference has been set for **November 21, 2006, at 2:45 p.m. (Mountain Time)**.

### INSTRUCTIONS FOR TELEPHONIC PARTICIPATION

    Parties are directed to consult with each other, prior to the set hearing, to make arrangements for <u>one complete</u> conference call (Courtroom technology requires that all participating parties are to be on the line, *before* the Court is contacted).

    Once the call is complete, the Court may be reached by dialing **(303) 844-2117** at the scheduled date/time.

**DATED:**    November 16, 2006