**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   05-cv-02592-LTB-CBS

DEBORAH S. PEEK,

      Plaintiff,

v.

MOTEL 6 OPERATING L.P.,

      Defendant.
_____

**ORDER**
_____

Upon Plaintiff's Unopposed Motion to Voluntarily Dismiss Plaintiff's Non Premises Liability Claims (Doc 36 - filed February 6, 2007), it is

ORDERED that all of Plaintiff's claims except her Third Claim for Relief brought under the Premises Liability Act codified at Colo. Rev. Stat. § 13-21-115 are DISMISSED WITH PREJUDICE.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: February 7, 2007