**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   05-cv-02592-LTB-CBS

DEBORAH S. PEEK,

    Plaintiff,

v.

MOTEL 6 OPERATING L.P.,

    Defendant.
_____

**ORDER**
_____

Upon the Stipulated Motion for Dismissal With Prejudice (Doc 40 - filed April 19, 2007), it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear their own attorney fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: April 20, 2007